# STATE OF LOUISIANA
# COURT OF APPEAL, FIRST CIRCUIT

TRISHLA PARAKH

VERSUS

FOREMOST SIGNATURE INSURANCE
COMPANY AND KISS MY NAILS,
LLC

NO.   2019 CW 1159

**DEC 0 6 2019**

---

In Re:   Foremost  Signature  Insurance  Company,  applying  for
supervisory   writs,   19th   Judicial   District   Court,
Parish of East Baton Rouge, No. 655534.

---

**BEFORE:   McCLENDON, WELCH, AND HOLDRIDGE, JJ.**

**WRIT  NOT  CONSIDERED.**   This  writ  application  is  untimely.
Rule  4-3  of  the  Uniform  Rules,  Louisiana  Courts  of  Appeal,
provides that the return date in civil cases shall not exceed 30
days from the date of notice as provided in La. Code Civ. P.
art.  1914,  and  that,  upon  proper  showing,  the  appellate  court
may  extend  the  time  for  filing  the  application  upon  the  filing
of  a  motion  for  extension  of  return  date  by  the  applicant,  filed
within  the  original  return  date  period.  Rule  4-2  provides  that
the  notice  of  intent,  which  requests  a  return  date,  must  be
filed within the time period provided for in Rule 4-3.  Pursuant
to  La.  Code  Civ.  P.  art.  1914(A),  the  rendition  of  an
interlocutory  judgment  in  open  court  constitutes  notice  to  all
parties.  Article  1914(B)  provides  that  interlocutory  judgments
must  be  reduced  to  writing  if  the  court  so  orders,  if  a  party
requests  the  judgment  to  be  reduced  to  writing  within  ten  days
of  the  rendition  in  open  court,  or  if  the  court  takes  the  matter
under advisement.  The trial court denied the Motion for Summary
Judgment  filed  by  Foremost  Signature  Insurance  Company
("Foremost")  in  open  court  on  November  15,  2018  and  requested  a
written  judgment.   A  written  judgment  was  filed  on  November  30,
2018  and  signed  on  January  11,  2019.   Notice  of  the  signed
judgment  was  mailed  on  January  24,  2019.   Foremost  fax  filed  a
Notice  of  Intent  to  Apply  for  Supervisory  Writs  and  Request  for
Return  Date  on  February  22,  2019,  requesting  a  return  date  of
March  15,  2019.   The  trial  court  set  a  return  date  of  March  15,
2019;  however,  the  original  writ  application  was  not  filed  until
March  18,  2019,  and  Foremost  did  not  file  its  Motion  for
Extension  of  Time  to  File  Writ  Application  for  Supervisory  Writs
within the original return date period.

PMc
JEW
GH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT